UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: November 3, 2014
```

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

v.

CEDRIC CAÑAS MAILLARD and
JULIO MARÍN UGEDO,

                Defendants.

No. 13-CV-5299 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on July 18, 2014, the Court entered judgment as to Defendant Cedric Cañas Maillard and required him to transfer $1,921,612 to the Securities and Exchange Commission; and WHEREAS Cañas instead transferred this money to the Court;

    The Clerk of the Court is hereby ORDERED to transfer all funds received by Cañas pursuant to the July 18, 2014 Judgment, to the Securities and Exchange Commission, at the addresses listed on page four of the Court's July 18, 2014 Judgment.

Date: November 3, 2014
       New York, NY

                                VALERIE CAPRONI
                                UNITED STATES DISTRICT JUDGE